# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRIS JACKSON, AN INDIVIDUAL; AND AMERICANA LLC, D/B/A PRUDENTIAL AMERICANA GROUP REALTORS,

      Appellants/Cross-Respondents,

vs.

RACOON ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LUCKY CAB CO., A NEVADA DOMESTIC CORPORATION,

      Respondents/Cross-Appellants.

No. 72113

**FILED**

SEP 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

CHRIS JACKSON, AN INDIVIDUAL; TONY STACK, AN INDIVIDUAL; AMERICANA LLC, D/B/A PRUDENTIAL AMERICANA GROUP REALTORS,

      Appellants/Cross-Respondents,

vs.

RACOON ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LUCKY CAB CO., A NEVADA DOMESTIC CORPORATION,

      Respondents/Cross-Appellants.

No. 73081

## ORDER DISMISSING APPEALS AND CROSS-APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals and cross-appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Ara Shirinian, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Olson, Cannon, Gormley, Angulo & Stoberski
Jason Awad & Associates
Emerson Law Group
Lemons, Grundy & Eisenberg
Eighth District Court Clerk